**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MOHAMMED NAZIR BIN LEP,**<br><br>**Petitioner,**<br><br>v.<br><br>**JOSEPH R. BIDEN et al.,**<br><br>**Respondents.** | **Civil Action No. 20-3344 (JDB)** |

**ORDER**

.       Upon consideration of [62] Respondents' Motion to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings, [64] Petitioner's Cross-Motion for a Permanent Injunction, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, in accordance with the Court's May 20, 2021 Minute Order, Respondents shall file an updated factual return to [40] the Petition for Writ of Habeas Corpus by not later July 16, 2021; it is further

**ORDERED** that all other proceedings in this habeas action are **STAYED** through and including September 1, 2021; and it is further

**ORDERED** that the parties shall file a joint status report by not later than August 31, 2021 stating whether petitioner has been arraigned on the charges against him and apprising the Court of any other material developments in petitioner's military commission proceedings.    If petitioner's arraignment is continued or otherwise rescheduled before August 30, 2021, the parties shall instead update the Court promptly upon any such change.

**SO ORDERED**.

1

                                        _____/s/_____
                                        JOHN D. BATES
                                        United States District Judge

Dated: June 25, 2021